# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 9, 2024

Lyle W. Cayce
Clerk

_____

No. 23-30490

_____

Pamela Quinlan,

*Plaintiff—Appellant*,

*versus*

Joseph P. Lopinto, III, *Sheriff, in his official capacity*; Robert F. Stoltz, Jr., *Deputy*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-889

_____

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

AFFIRMED. Appellant has not identified any reversible error of law with the district court's grant of summary judgment. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.